Ct. App. La., 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–8086. PITCHFORD *v.* MARSHALL ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–8343. ABULKHAIR *v.* PAGE-HAWKINS ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11M76. OHIO *v.* FOUST. Motion of Cuyahoga County prosecuting attorney for leave to intervene as a party on behalf of Ohio in order to file a petition for writ of certiorari denied.

No. 11M77. BROWN *v.* CLEVELAND MUNICIPAL SCHOOL DISTRICT, AKA CLEVELAND METROPOLITAN SCHOOL DISTRICT, ET AL.; and

No. 11M78. SPRINGER *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11–393. NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and

No. 11–400. FLORIDA ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, pp. 1033 and 1034.] Motion of Freedom Watch for reconsideration of order denying leave to participate in oral argument as *amicus curiae* and for divided argument [*ante*, p. 1176] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11–5683. DORSEY *v.* UNITED STATES; and

No. 11–5721. HILL *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1057.] Motion of petitioners for divided argument denied. Motion of the Solicitor General for divided argument granted.

No. 11–7192. COX *v.* DAVIS, WARDEN. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1106] denied.